# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CEDAR LANE TECHNOLOGIES INC., | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | CIVIL ACTION NO.  2:20-CV-00179-JRG-RSP |
| MOUSER ELECTRONICS INC, | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is Plaintiff Cedar Lane Technologies Inc.'s ("Plaintiff") Notice of Voluntary Dismissal. (Dkt. No. 8). In the same, Plaintiff dismisses its claims against Defendant Mouser Electronics, Inc. ("Defendant") without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Having considered the same, the Court is of the opinion that the Notice of Voluntary Dismissal should be and hereby is **APPROVED**.

Accordingly, the Court **RECOGNIZES** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** the above-captioned matter.

**So ORDERED and SIGNED this 14th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE